UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 23-04501-SPG(JCx) | Date | August 23, 2023 |
|---|---|---|---|
| Title | Dalette Ott et al v. Cooper Interconnect, Inc. et al | | |

| Present: The Honorable | SHERILYN PEACE GARNETT<br>UNITED STATES DISTRICT JUDGE |
|---|---|
| Patricia Gomez | Yolanda Avalos |
| Deputy Clerk | Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Arsine Grigoryan | Alis Moon |

**Proceeding:** PLAINTIFF'S MOTION TO REMAND [15]

Case called, and counsel make their appearance. The Court hears oral argument. For reasons stated on the record the motion is taken under submission with an order to be issued.

: 13

Initials of Preparer   PG