**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DALETTE OTT and LOIRA SANCHEZ, individually, and on behalf of all others similarly situated, | Case No. 2:23-cv-04501-SPG-JC |
| | JUDGMENT [JS-6] |
| *Plaintiffs,* | |
| v. | |
| COOPER INTERCONNECT, INC., a corporation; EATON CORPORATION, a corporation; POWER DISTRIBUTION INC., a corporation; JOSLYN SUNBANK COMPANY, LLC, a limited liability company; SURE POWER, INC., a corporation; EATON AEROSPACE LLC, a limited liability company; COOPER BUSSMAN, LLC, a limited liability company; and DOES 1 through 10, inclusive, | |
| *Defendants* | |

On June 23, 2025, this Court issued an Order Granting Plaintiffs Dalette Ott's and Loira Sanchez's (collectively "Plaintiffs") Motion for Preliminary Approval of the Class Action and PAGA Settlement Agreement and Class Notice for this matter ("Settlement" or "Settlement Agreement"). On January 9, 2026, this Court issued an Order Granting Plaintiffs' Motion for Final Approval of the Settlement for this matter. A true and correct copy of the Settlement Agreement is attached to the Declaration of Tyler Woods in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement as **Exhibit 1**.

Due and adequate notice having been given to the Class, and the Court having reviewed and considered the Settlement, Plaintiffs' Notice of Motion and Motion for Final Approval of Class Action Settlement, the supporting declarations and exhibits thereto, all papers filed and proceedings had herein, and the absence of any written objections received regarding the Settlement, and having reviewed the record in this action, and good cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1. The Court, for purposes of this Order, adopts all defined terms as set forth in the Settlement filed in this case.

2. The Court has jurisdiction over all claims asserted in the action, as well as Plaintiffs, the Settlement Class Members, and Defendants Cooper Interconnect, Inc.; Eaton Corporation; Power Distribution Inc.; Joslyn Sunbank Company, LLC; Sure Power, Inc.; Eaton Aerospace LLC; and Cooper Bussman, LLC (collectively "Defendant," and together with Plaintiff, the "Parties").

3. The Court finds that the Settlement Agreement, including its stated amounts, methods of calculation, and procedures, appears to be fair, just, reasonable, and adequate, and therefore meets the requirements for final approval. The Court has granted final approval of the Settlement and has ordered Plaintiffs to prepare this Judgment.

4.      In accordance with the terms of the Settlement Agreement, in order to resolve this litigation, Defendant shall pay to the Settlement Administrator on behalf of all recipients of such payments a total Gross Settlement Amount of $3,500,000.00, and shall additionally and separately pay to the Settlement Administrator any and all employer payroll taxes owed on the Wage Portions of the individual class payments.

a.      $175,000.00 shall be deducted from the Gross Settlement Amount as civil penalties to resolve PAGA claims, with the Labor and Workforce Development Agency receiving 75% ($131,250.00) of that amount, and the remaining 25% ($43,750.00) to be distributed to Aggrieved Employees (defined as a person employed by Defendant in California as an hourly-paid, non-exempt employees who worked for Defendant during the PAGA Period) as detailed in the Settlement Agreement.

b.      $10,000.00 shall be deducted from the Gross Settlement Amount to pay $5,000.00 to each of the Class Representatives, Plaintiffs Dalette Ott and Loira Sanchez, for their services as class representatives and for their agreement to release claims against Defendant.

c.      $18,000.00 shall be deducted from the Gross Settlement Amount to pay the appointed Settlement Administrator, CPT Group, Inc., for its administration services relating to this Settlement.

d.      From the Gross Settlement Amount, Class Counsel shall be paid $875,000.00 for their reasonable attorneys' fees and $39,256.46 for their reasonable costs incurred in the action.

5.      The Court hereby confirms Tyler Woods and Alan Wilcox of Wilshire Law Firm, PLC as Class Counsel.

6.      Without affecting the finality of this Order in any way, this Court retains continuing jurisdiction over the implementation, interpretation, and enforcement of the Settlement with respect to all Parties to this action, and their counsel of record.

7.    The Parties are directed to perform their settlement in accordance with the terms set forth in the Settlement Agreement, as modified by the Court's order granting Plaintiff's Motion for Final Approval of the Settlement and this Judgment.

8.    Judgment is hereby entered by this Court on the date listed below.

**IT IS SO ORDERED.**



DATE: January 21, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

3